## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:26-mj-00099-kfw | 03/27/2026 AT 2:59 pm | KEITH LAGASSE, MSP CCU DIGITAL forensics |

Inventory made in the presence of : KEITH LAGASSE, MSP CCU

Inventory of the property taken and name(s) of any person(s) seized:

ONE (1) IPHONE 17 ORIGINALLY SEIZED from ADEL AL RASHID.

Nothing found

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/27/2026

Executing officer's signature

CRAIG S. MEHRMANN, FBI SA

Printed name and title